**BIRNBERG & ASSOCIATES**
CORY A. BIRNBERG (SBN 105468)
1083 Mission Street, Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiff
BEREKET WOLDEGIORGIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEREKET WOLDEGIORGIS, | Case No. |
| Plaintiff, | **COMPLAINT AT LAW FOR DAMAGES** |
| vs. | **[33 U.S.C. § 905(b)]** |
| NYK SHIP MANAGEMENT; DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Plaintiff BEREKET WOLDEGIORGIS ["Plaintiff"] complains against Defendants named herein and alleges as follows:

### JURISDICTION

1. This Court has jurisdiction pursuant to 33 U.S.C. § 905(b) and general maritime law.

### INTRADISTRICT STATEMENT

2. The incidents alleged herein occurred within this district. Plaintiff is a resident of the State of California.

///

///

///

COMPLAINT                                      -1-                                         Case No.

**FIRST CAUSE OF ACTION**

**(Against All Defendants)**

3. Defendants NYK SHIP MANAGEMENT and does 1-20 ["Defendants"] are corporations or business organizations organized under the laws of a state or country other than California. Prior to October 26, 2016 and on that date, Defendants were the owners, operators, charterers, managers, and/or inspectors and were in control of the vessel, M/V NYK THESEUS.

4. Plaintiff is informed and believes and thereupon alleges that, at all times herein relevant, Defendants sued herein as Does 1 through 10 inclusive, were the owners, operators, charterers, managers, and/or inspectors and were in control of a vessel, M/VNYK THESEUS and its gear, appliances and components parts. Said vessel was, and now is, a container ship engaged in the transportation of goods and cargo on the navigable waters of the United States of America. Plaintiff is informed and believes and thereupon alleges that, at all times relevant, these defendants were and are authorized to do business in the State of California. Plaintiff does not know the name(s) of the defendants sued herein as DOES 1 through 10, inclusive, and will move the court for an order allowing plaintiffs to name them as defendants when their identity becomes known.

5. On or about October 26, 2016 Plaintiff was a longshoreman (employed by SSA TERMINALS) who was aboard the M/V NYK THESEUS and was lashing . Plaintiff was coming down from the 2 high cat walk, and rungs were greasy, and the grease was not discernable to Plaintiff, and there was a lack of lighting, and Plaintiff lost his footing and fell to the deck about 12 feet opening fracturing his right elbow, and foot, suffering injuries to his right shoulder and right ankle.

6. On and before October 26, 2016, Defendants, and each of them, so negligently and carelessly owned, operated, inspected, maintained, supervised and controlled said vessel that the ship and its equipment were in a dangerous, defective and

improper condition, thereby creating a risk of injury in the loading work area to persons working and walking there.  Defendants, and each of them, knew, or in the exercise of ordinary care should have known, of the dangerous, defective, and improper conditions then existing and failed to remedy said conditions or to otherwise adequately safeguard persons working and walking on the vessel against the conditions, having had a reasonable opportunity to do so.  As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff was caused to sustain severe personal injuries and damages, all to his damage in an amount within the jurisdiction of this Court.

7. As a direct and proximate result of Defendants' negligence, Plaintiff has been unable to work and has suffered, and will suffer, loss of earnings in an amount according to proof.

8. As a further proximate result of Defendants' negligence, Plaintiff has been personally injured and has incurred medical and related expenses, all to his damage in an amount according to proof.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For general damages in a sum within the jurisdiction of this court;
2. For loss of earnings, past and future, according to proof;
3. For medical expenses incurred and to be incurred;
4. For costs of suit herein incurred;
5. For such other and further relief as the Court may deem proper.

Dated: December 19 , 2018                BIRNBERG & ASSOCIATES

                                         By:__/s/ Cory A. Birnberg____
                                              Cory A. Birnberg
                                              Attorneys for Plaintiff

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury in this matter.

Dated: December 19, 2018                    BIRNBERG & ASSOCIATES

                                            By: /s/ Cory A. Birnberg
                                            Cory A. Birnberg
                                            Attorneys for Plaintiff